In the United States Bankruptcy Court
for the Southern District of Indiana

IN RE: )
Richard Nathan Bell, ) Case No. 20-05958-JMC-7
         Debtor. )

AMENDED OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION

Creditors Vacuforce LLC and Overhauser Law Offices, LLC, by counsel, for their Objection to Claim of Exemption alleges and states as follows:

1. Debtor Richard Nathan Bell ("Debtor") filed this Chapter 7 Case on October 27, 2020 ("Petition Date").

2. Vacuforce LLC and Overhauser Law Offices, LLC (collectively the "Creditors") are both creditors in the above-captioned proceedings.

3. On October 27, 2020 Debtor filed his Schedule C claiming an exemption in certain retirement accounts, "401K: Stifel" (the "401K") and "IRA: Stifel" (the "IRA" and collectively the "Retirement Accounts"), under Ind. Code § 34-55-10-2(c)(6).

4. Pursuant to 26 U.S.C. § 401(k), "a covered *employee* may elect to have the *employer* make payments as contributions to a trust under the plan on behalf of the employee." (emphasis added).

5. Bell claims to have opened a 401(k) retirement plan for Rich Bell Enterprises, LLC ("RBE") from which he is the Trustee. *See* Exhibits 1 and 2.

1

6. However, Bell did not properly fund his 401K because he used funds from his personal savings account instead of funds from a business bank account (Dkt. 1 at p.15):

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.
☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Stifel | Transferred $11,687.49 from saving account to 401(k) | | 9/18/2019 |

See *In re Gardner*, Case No. 12-12485 HRT (Bankr. Colo. 2013) (wherein the debtors fraudulently deposited funds into 401(k) accounts that were originally paid out to them as distributions from their co-owned partnership).

7. This is important because while Debtor claims to have contributed to the 401K as a self-employed contributor, RBE, the holder of the 401K, is a fully formed limited liability company that must have its own bank account.

8. Therefore, Debtor either did not properly deposit the funds into the business in the first place, or he took distributions from RBE and then improperly deposited them into the 401K from his personal account. Neither of these methods are lawful contributions.

9. Further, if the Court finds the transfer from Debtor's personal savings account is allowable, the Debtor has not provided his 2019 tax return so it is possible, if not likely, that the amount contributed to his 401K was improper under the IRS provisions for One-Participant 401(k) Plan.

10. For Debtor's interest in the IRA, he must have made the contributions "in the manner prescribed by Section 408A of the Internal Revenue Code of 1986." I.C. § 34-55-10-2(c)(6)(A)(ii).
11. Based upon what appear to be improper contributions to the 401K, it is possible, if not likely, that the contributions made to the IRA were also improper.
12. As the Debtor did not lawfully contribute to either of the Retirement Accounts, his claimed exemption should be denied.

WHEREFORE, Vacuforce LLC and Overhauser Law Offices, LLC request the Court enter an order denying Debtor's claimed exemption in the Retirement Accounts for the reasons set forth above, and granting any and all other relief just and proper in the premises.

Respectfully submitted,

**Overhauser Law Offices LLC**

By: /s/ Melanie A. Eich
Paul B. Overhauser (#10275-98)
Melanie A. Eich (#34576-29)
**Overhauser Law Offices LLC**
740 W. Green Meadows Dr., Suite 300
Greenfield, IN  46140-4019
P: 317-467-9100
poverhauser@overhauser.com
meich@overhauser.com

| Exhibits | |
|---|---|
| 1 | Wells Fargo Account Opening Documents |
| 2 | Stifel Account Opening Documents |

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

    U.S. Trustee               ustpregion10.in.ecf@usdoj.gov
    Mark S. Zuckerberg      filings@mszlaw.com

I further certify that on January 11, 2021, a copy of the foregoing was mailed by first class U.S. Mail, postage prepaid, and properly addressed to the following:

Richard N. Bell
8076 Talliho Drive
Indianapolis, IN 46256

                                          /s/ Melanie A. Eich
                                          Melanie A. Eich
                                          Attorney for Creditors