**SO ORDERED: August 27, 2021.**

_James M. Carr_
**James M. Carr**
**United States Bankruptcy Judge**

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **RICHARD BELL** | ) | **CASE NO. 20-05958-JMC-7A** |
| | ) | |
| **DEBTOR** | ) | |

### ORDER GRANTING MOTION TO COMPROMISE AND SETTLE
### AGREEMENT TO PURCHASE EQUITY INTEREST

This case comes before the Court after notice on the _Motion to Compromise and Settle Agreement to Purchase Equity Interest_ filed by Michael J. Hebenstreit, Trustee ("Trustee") (Doc No. 116) and Cohen & Malad, LLP ("Partnership"). No objections to the Motion have been filed. The Court, being duly advised, now ORDERS as follows:

1. The Motion to Compromise and Settle Agreement to Purchase Equity Interest is GRANTED in all requests in its entirety.

2.    The Partnership shall pay the sum of $36,219.82 to the Trustee within ten (10) days of the date of this Order approving the Motion.

###